UNITED STATES BANKRUPTCY COURT  Form D to Appendix IX
FOR THE DISTRICT OF RHODE ISLAND
------------------------------------------------------ x
In re: James R. Oakley and
      Arline R. Oakley                    :        BK No. 11-14364
                                             :        Chapter 7
                      Debtor(s)     :
------------------------------------------------------ x

## PROPOSED LOAN MODIFICATION AGREEMENT

Now comes the debtor(s), James R. Oakley and Arline R. Oakley and Creditor, CitiMortgage, Inc., in the above-reference matter and propose a loan modification agreement regarding the debtor's property located at: 209 Legend Rock Road, Wakefield, Rhode Island, as follows:

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current UPB | $220,971.61 | Modified UPB | $234,081.42 |
| Current Maturity Date | 07/01/2034 | Modified Mortgage Term | February 1, 2053 |
| Current Interest Rate | 6.125% | Interest Rate | 6.125% |
| Current Payment Due Date | 05/01/2012 | Post Modification Due Date | March 1, 2013 |
| Current P & I | $1519.03 | Post Modification P & I | $1,308.40 |
| Current Payment Amount | $2086.81 – Includes escrow payment of $567.78. | Estimated Modified Payment Amount | $1,876.18 - Includes escrow payment of $567.78, subject to change periodically |
| Amount Capitalizing | $13,109.81 | Contribution Required | None |

Signature of Debtor/Attorney            Signature of Creditor/Attorney

/s/ Jacqueline M. Grasso, Esq.        /s/ Wayne E. George
Date: 2/15/2013                               Wayne E. George, Esquire
                                                           Date: 2/15/13